UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DAVID SANCHEZ DOMINGUEZ, | Case No. 3:17-cv-00053-HDM-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Petitioner David Sanchez Dominguez's counseled 28 U.S.C. § 2254 petition for a writ of habeas corpus is before the court on motions by both parties. Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to file an amended petition (ECF No. 9) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to file his presentence investigation report under seal (ECF No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time to file an opposition to the motion to dismiss (ECF No. 21) is **GRANTED**. Petitioner shall file his opposition within sixty (60) days of the date of this order.

DATED: February 9th, 2018.

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

1