UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| DAVID SANCHEZ DOMINGUEZ,<br><br>Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>Respondents. | Case No. 3:17-cv-00053-HDM-WGC<br><br>ORDER |

David Sanchez Dominguez's 28 U.S.C. § 2254 petition for a writ of habeas corpus is before the court on motions by both parties. Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file an answer to the petition (ECF No. 27) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's two unopposed motions for extension of time to file a reply in support of the petition (ECF Nos. 29, 30) are both **GRANTED** *nunc pro tunc*.

DATED: June 6, 2019.

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

1